UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.S., a minor, and
GINA SHARBOWSKI,

    Plaintiffs,

Case No. 14-10216

v.

Honorable Paul D. Borman
United States District Judge

UTICA COMMUNITY SCHOOLS,
MICHIGAN DEPARTMENT OF EDUCATION,
JOHN DOE(s) and JANE DOE(s),

    Defendants.
_____/

ORDER OF ASSIGNMENT OF COUNSEL

The Court having identified that the above-named Plaintiffs, presently proceeding *in propria persona* in this matter, would benefit from the assistance of counsel, and the below named attorney having indicated that he is willing to accept pro bono assignment in this matter;

IT IS ORDERED that James Stewart, whose mailing address is:

> James E. Stewart
> Honigman Miller Schwartz & Cohn, LLP
> 130 S. First Street, 4th Floor
> Ann Arbor, MI 48104-1386

is hereby assigned to represent the above-named Plaintiffs in this matter, unless said assignment is terminated by (1) Order of the Court, (2) assignment of substitute counsel, or (3) termination of the matter before the Court.

IT IS FURTHER ORDERED that:

1. Assigned counsel be provided, without cost and upon his request, copies of all pleadings filed to date in the matter, and that he proceed as counsel of record from this date forward;

2. Assigned counsel may only request to withdraw from this matter through filing of a motion, with notice to Plaintiffs, setting forth full particulars as to why such a motion should be granted.

    s/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 24, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 24, 2014.

    s/Deborah Tofil
    Case Manager