## **Index of Exhibits**

1. July 23, 2012 ALJ Decision

2. July 22, 2014 Due Process Complaint

3. August 27, 2014 ALJ Order

4. February 5, 2015 ALJ Order